P. RANDOLPH FINCH JR., SBN 185004
EMAIL: pfinch@ftblaw.com
LOUIS J. BLUM, SBN 220941
EMAIL: lblum@ftblaw.com
CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com

**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendant Shimmick Construction Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA CORRIDOR EAST CONSTRUCTION AUTHORITY; CALLEGUAS MUNICIPAL WATER DISTRICT; CITY OF ANTIOCH; CITY OF FOSTER CITY; CITY OF FREMONT; CITY OF OCEANSIDE-WATER UTILITIES DEPARTMENT; CITY OF RICHMOND; CITY OF SAN DIEGO; CITY OF SAN DIEGO PUBLIC WORKS CONTRACTS; CITY OF SAN DIEGO PUBLIC WORKS DEPARTMENT; IRVINE RANCH WATER DISTRICT 3; KNIGHTS LANDING DRAINAGE DISTRICT; LOS ANGELES DEPARTMENT OF WATER AND POWER; ORANGE COUNTY SANITATION DISTRICT; ORANGE COUNTY WATER DISTRICT; PENINSULAR CORRIDOR JOINT POWERS BOARD; PORT OF LOS ANGELES-CONSTRUCTION DIVISION; SAN DIEGO UNIFIED PORT DISTRICT; SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT; SAN FRANCISCO PUBLIC UTILITIES COMMISSION; SAN JOAQUIN AREA FLOOD CONTROL AGENCY; | CASE NO:<br><br>PROOF OF SERVICE BY MAIL<br><br>Complaint Filed:   February 5, 2025<br>Trial Date:             Not Set |

THE SONOMA-MARIN AREA RAIL TRANSIT; AND
THE WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA,

　　*ex rel.* TRICO Pipes LMCC and Nick Goodwin,

　　　　*Qui tam* Plaintiffs,

v.

SHIMMICK CONSTRUCTION CO.;
SHIMMICK CORP.,
AECOM;
AMENTUM ENVIRONMENT & ENERGY, INC.;
VEOLIA WATER WEST OPERATING SERVICES, INC.;
VEOLIA NORTH AMERICA, LLC;
DISNEY CONSTRUCTION, INC.;
SHIMMICK/DISNEY JOINT VENTURE;
WEBCOR CONSTRUCTION, LP, DBA WEBCOR BUILDERS;
OBAYASHI CORPORATION;
W.M. LYLES CO.;
WEBCOR OBAYASHI LYLES JOINT VENTURE;
BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO.;
LIBERTY MUTUAL INSURANCE CO.;
FIDELITY AND DEPOSIT CO. OF MARYLAND;
ZURICH AMERICAN INSURANCE CO.;
HARTFORD FIRE INSURANCE CO.;
FEDERAL INSURANCE CO.;
VANESSA IRVING;
ROSEBELLE DELONG;
ROSA GONZALES; AND
DOE DEFENDANTS 1-50,

　　　　Defendants.

　　　　I, Chad T. Wishchuk, declare that:

　　　　I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, where the mailing occurred; and my business address is 4747 Executive Drive, Suite 700, San Diego, California 92121-3107.  I further declare that I am readily familiar with the

PROOF OF SERVICE BY MAIL

business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following document(s):

    (1)    SHIMMICK CONSTRUCTION COMPANY, INC.'S NOTICE OF REMOVAL OF THE ACTION; and

    (2)    DECLARATION OF WENDY BONNELL IN SUPPORT OF SHIMMICK CONSTRUCTION COMPANY, INC.'S NOTICE OF REMOVAL OF THE ACTION, by placing a copy thereof in a separate envelope for each addressee listed as follows:

| | |
|---|---|
| 1505 Corporation<br>C T Corporation System<br>Attention: Ms. Amanda Garcia<br>330 N Brand Boulevard, Suite 700<br>Glendale, California 91203 | AGENT FOR SERVICE OF PROCESS FOR DEFENDANTS WEBCOR CONSTRUCTION, LP, DBA WEBCOR BUILDERS, OBAYASHI CORPORATION, AND WEBCOR OBAYASHI LYLES JOINT VENTURE |

I then sealed the envelope(s) and, with the postage thereon fully prepaid, either deposited it/each in the United States Postal Service or placed it/each for collection and mailing on July 3, 2025, at San Diego, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 3, 2025.

                                              */s/ Chad T. Wishchuk*
                                              Chad T. Wishchuk

2589.037/POS.nlh

PROOF OF SERVICE BY MAIL

FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100