Marion T. Hack (State Bar No. 179216)
mhack@cozen.com
Luke N. Eaton (State Bar No. 280387)
lukeeaton@cozen.com
**COZEN O'CONNOR**
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone:   213.892.7900
Facsimile:   213.892.7999

Attorneys for Defendant
AECOM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA CORRIDOR EAST CONSTRUCTION AUTHORITY, CALLEGUAS MUNICIPAL WATER DISTRICT, CITY OF ANTIOCH, CITY OF FOSTER CITY, CITY OF FREMONT, CITY OF OCEANSIDE-WATER UTILITIES DEPARTMENT, CITY OF RICHMOND, CITY OF SAN DIEGO, CITY OF SAN DIEGO PUBLIC WORKS CONTRACTS, CITY OF SAN DIEGO PUBLIC WORKS DEPARTMENT, IRVINE RANCH WATER DISTRICT 3, KNIGHTS LANDING DRAINAGE DISTRICT, LOS ANGELES DEPARTMENT OF WATER AND POWER, ORANGE COUNTY SANITATION DISTRICT, ORANGE COUNTY WATER DISTRICT, PENINSULAR CORRIDOR JOINT POWERS BOARD, PORT OF LOS ANGELES-CONSTRUCTION DIVISION, SAN DIEGO UNIFIED PORT DISTRICT, SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, SAN FRANCISCO PUBLIC UTILITIES COMMISSION, SAN JOAQUIN AREA FLOOD CONTROL AGENCY, THE SONOMA-MARIN AREA | Case No. 4:25-cv-05618<br><br>Assigned to Magistrate Judge Kandis A. Westmore<br><br>**DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

| | |
|---|---|
| 1  RAIL TRANSIT, AND THE WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA, | |
| 2 | |
| 3 | |
| 4  *ex rel.* TRICO PIPES LMCC and NICK GOODWIN | |
| 5 | |
| 6  *Qui Tam* Plaintiffs, vs. | |
| 7  SHIMMICK CONSTRUCTION CO., SHIMMICK CORP., AECOM, AMENTUM ENVIRONMENT & ENERGY, INC., VEOLIA WATER WEST OPERATING SERVICES, INC., VEOLIA NORTH AMERICA, LLC, DISNEY CONSTRUCTION, INC., SHIMMICK/DISNEY JOINT VENTURE, WEBCOR CONSTRUCTION, LP, DBA WEBCOR BUILDERS, OBAYASHI CORPORATION, W.M. LYLES CO., WEBCOR OBAYASHI LYLES JOINT VENTURE, BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO., LIBERTY MUTUAL INSURANCE CO., FIDELITY AND DEPOSIT CO. OF MARYLAND, ZURICH AMERICAN INSURANCE CO., HARTFORD FIRE INSURANCE CO., FEDERAL INSURANCE CO., VANESSA IRVING, ROSEBELLE DELONG, ROSA GONZALES, AND DOE DEFENDANTS 1-50, | |
| Defendants. | |

23  //

24  //

25  //

26  //

27  //

28  //

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with the provisions of 28 U.S.C. § 636(c), AECOM **declines** to have a United States magistrate judge conduct all further proceedings in this case and AECOM hereby requests that this case be reassigned to a United States district judge.

Dated: July 7, 2025

COZEN O'CONNOR

By: /s/ L. Eaton
MARION T. HACK
LUKE N. EATON
Attorneys for Defendant
AECOM

- 3 -
DECLINATION TO MAGISTRATE JUDGE JURISDICTION

# CERTIFICATE OF SERVICE

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a party to this action. My business address is: Cozen O'Connor, 601 S. Figueroa Street, Suite 3700, Los Angeles, CA 90017.

On **July 7, 2025**, I served the following listed document(s), by method indicated below, on the parties listed on the service list:

### DECLINATION TO MAGISTRATE JUDGE JURISDICTION

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

**WEBCOR CONSTRUCTION, LP, DBA WEBCOR BUILDERS, OBAYASHI CORPORATION, AND WEBCOR OBAYASHI LYLES JOINT VENTURE**
c/o 1505 Corporation
C T Corporation System
Attention: Ms. Amanda Garcia
330 N Brand Boulevard, Suite 700
Glendale, California 91203

☒ Via "Notice of Electronic Filing" ("NEF") automatically generated by the CM/ECF System and sent by e-mail to all attorneys who have appeared in the case in this Court and who have consented to receive service through the CM/ECF System. Service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil Procedure.

I am readily familiar with the firm's practice of collection and processing of mail. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 7, 2025**, at Los Angeles, California.

_____
Crystal Monugian