|   |   |
|---|---|
| 1 | P. RANDOLPH FINCH JR., SBN 185004 |
|   | EMAIL: pfinch@ftblaw.com |
| 2 | LOUIS J. BLUM, SBN 220941 |
|   | EMAIL: lblum@ftblaw.com |
| 3 | CHAD T. WISHCHUK, SBN 214779 |
|   | EMAIL: cwishchuk@ftblaw.com |

**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Shimmick Construction Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA CORRIDOR EAST CONSTRUCTION AUTHORITY; CALLEGUAS MUNICIPAL WATER DISTRICT; CITY OF ANTIOCH; CITY OF FOSTER CITY; CITY OF FREMONT; CITY OF OCEANSIDE-WATER UTILITIES DEPARTMENT; CITY OF RICHMOND; CITY OF SAN DIEG; CITY OF SAN DIEGO PUBLIC WORKS CONTRACTS; CITY OF SAN DIEGO PUBLIC WORKS DEPARTMENT; IRVINE RANCH WATER DISTRICT 3; KNIGHTS LANDING DRAINAGE DISTRICT; LOS ANGELES DEPARTMENT OF WATER AND POWER; ORANGE COUNTY SANITATION DISTRICT; ORANGE COUNTY WATER DISTRICT; PENINSULAR CORRIDOR JOINT POWERS BOARD; PORT OF LOS ANGELES-CONSTRUCTION DIVISION; | CASE NO:  4:25-cv-05618-KAW<br><br>SHIMMICK CONSTRUCTION COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS<br><br>Assigned to Magistrate Judge:<br>Hon. Kandis A. Westmore<br><br>Complaint Filed:   February 5, 2025<br>Trial Date:           Not Set |

CORPORATE DISCLOSURE STATEMENT                                                     4:25-cv-05618-KAW

| | |
|---|---|
| 1 | SAN DIEGO UNIFIED PORT DISTRICT; |
| 2 | SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT; |
| 3 | |
| 4 | SAN FRANCISCO PUBLIC UTILITIES COMMISSION; |
| 5 | SAN JOAQUIN AREA FLOOD CONTROL AGENCY; |
| 6 | THE SONOMA-MARIN AREA RAIL TRANSIT; AND |
| 7 | |
| 8 | THE WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA, |
| 9 | |
| 10 | *ex rel.* TRICO Pipes LMCC and Nick Goodwin, |
| 11 | *Qui tam* Plaintiffs, |
| 12 | v. |
| 13 | SHIMMICK CONSTRUCTION CO.; |
| 14 | SHIMMICK CORP., AECOM; |
| 15 | AMENTUM ENVIRONMENT & ENERGY, INC.; |
| 16 | |
| 17 | VEOLIA WATER WEST OPERATING SERVICES, INC.; |
| 18 | VEOLIA NORTH AMERICA, LLC; |
| 19 | DISNEY CONSTRUCTION, INC.; SHIMMICK/DISNEY JOINT VENTURE; |
| 20 | |
| 21 | WEBCOR CONSTRUCTION, LP, DBA WEBCOR BUILDERS; |
| 22 | OBAYASHI CORPORATION; |
| 23 | W.M. LYLES CO.; WEBCOR OBAYASHI LYLES JOINT VENTURE; |
| 24 | |
| 25 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO.; |
| 26 | LIBERTY MUTUAL INSURANCE CO.; |
| 27 | FIDELITY AND DEPOSIT CO. OF MARYLAND; |
| 28 | |

| | |
|---|---|
| 1 | ZURICH AMERICAN INSURANCE CO.; |
| 2 | HARTFORD FIRE INSURANCE CO.; |
| 3 | FEDERAL INSURANCE CO.; |
| 4 | VANESSA IRVING; |
| 5 | ROSEBELLE DELONG; ROSA GONZALES; AND |
| 6 | DOE DEFENDANTS 1-50, |
| 7 | Defendants. |

This Corporate Disclosure Statement is filed on behalf of Defendant Shimmick Construction Company, Inc. ("Shimmick Inc."), incorrectly named as Shimmick Construction Co., in the complaint, in accordance with Federal Rule of Civil Procedure 7.1.

Shimmick Inc. is a corporation organized and existing under the laws of California. Shimmick Inc.'s parent company is Shimmick Corporation ("Shimmick Corp."). Shimmick Corp., is a corporation organized and existing under the laws of Delaware. Shimmick Corp., is a publicly held corporation. Therefore, Shimmick Corp., a publicly held company, owns more than 10 percent of Shimmick Inc.'s stock. No other publicly held corporation owns 10 percent or more of Shimmick Inc.'s stock. Pursuant to Civil L.R. 3-15, Shimmick Inc. certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATE: July 7, 2025

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: */s/ P. Randolph Finch Jr.*
P. RANDOLPH FINCH JR.
CHAD T. WISHCHUK
LOUIS J. BLUM
Attorneys for Defendant Shimmick Construction Company, Inc.

2589.037/3T65636.nlh