P. RANDOLPH FINCH JR., SBN 185004
EMAIL: pfinch@ftblaw.com
LOUIS J. BLUM, SBN 220941
EMAIL: lblum@ftblaw.com
CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com

**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendants Shimmick Construction Company, Inc., Shimmick Corporation, Vanessa Irving, Rosebelle Delong, and Rosa Gonzales

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA CORRIDOR EAST CONSTRUCTION AUTHORITY; CALLEGUAS MUNICIPAL WATER DISTRICT; CITY OF ANTIOCH; CITY OF FOSTER CITY; CITY OF FREMONT; CITY OF OCEANSIDE-WATER UTILITIES DEPARTMENT; CITY OF RICHMOND; CITY OF SAN DIEGO; CITY OF SAN DIEGO PUBLIC WORKS CONTRACTS; CITY OF SAN DIEGO PUBLIC WORKS DEPARTMENT; IRVINE RANCH WATER DISTRICT 3; KNIGHTS LANDING DRAINAGE DISTRICT; LOS ANGELES DEPARTMENT OF WATER AND POWER; ORANGE COUNTY SANITATION DISTRICT; ORANGE COUNTY WATER DISTRICT; PENINSULAR CORRIDOR JOINT POWERS BOARD; PORT OF LOS ANGELES-CONSTRUCTION DIVISION; SAN DIEGO UNIFIED PORT DISTRICT; SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT; SAN FRANCISCO PUBLIC UTILITIES COMMISSION; | CASE NO: 4:25-cv-05618-KAW<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>Assigned to Magistrate Judge:<br>Hon. Kandis A. Westmore<br><br>Complaint Filed:   February 5, 2025<br>Trial Date:           Not Set |

SAN JOAQUIN AREA FLOOD CONTROL AGENCY;
THE SONOMA-MARIN AREA RAIL TRANSIT; AND
THE WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA,

 *ex rel.* TRICO Pipes LMCC and Nick Goodwin

 *Qui tam* Plaintiffs,

v.

SHIMMICK CONSTRUCTION CO.;
SHIMMICK CORP.;
AECOM;
AMENTUM ENVIRONMENT & ENERGY, INC.;
VEOLIA WATER WEST OPERATING SERVICES, INC.;
VEOLIA NORTH AMERICA, LLC;
DISNEY CONSTRUCTION, INC.;
SHIMMICK/DISNEY JOINT VENTURE;
WEBCOR CONSTRUCTION, LP, DBA WEBCOR BUILDERS;
OBAYASHI CORPORATION;
W.M. LYLES CO.;
WEBCOR OBAYASHI LYLES JOINT VENTURE;
BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO.;
LIBERTY MUTUAL INSURANCE CO.;
FIDELITY AND DEPOSIT CO. OF MARYLAND;
ZURICH AMERICAN INSURANCE CO.;
HARTFORD FIRE INSURANCE CO.;
FEDERAL INSURANCE CO.;
VANESSA IRVING;
ROSEBELLE DELONG;
ROSA GONZALES; AND
DOE DEFENDANTS 1-50,

 Defendants.

/ / / / /

/ / / / /

/ / / / /

IT IS HEREBY STIPULATED by and between Qui Tam Plaintiffs (as listed in the above caption), on the one hand, and Defendants Shimmick Construction Company, Inc. and Shimmick Corp. ("Shimmick"), Vanessa Irving, Rosebelle Delong, and Rosa Gonzales, AECOM and Amentum Environment & Energy, Inc. ("AECOM"), Veolia Water West Operating Services, Inc., Veolia North America, LLC, Disney Construction, Inc., Shimmick/Disney Joint Venture, Webcor Construction, LP, dba Webcor Builders, Obayashi Corporation, W.M. Lyles Co., Webcor Obayashi Lyles Joint Venture, Berkshire Hathaway Specialty Insurance Co., Liberty Mutual Insurance Co., Fidelity and Deposit Co. of Maryland, Zurich American Insurance Co., Hartford Fire Insurance Co., and Federal Insurance Co. (collectively, "Defendants"), on the other; by and through their respective counsel of record, as follows:

1. On February 5, 2025, Qui Tam Plaintiffs filed a complaint in the Alameda Superior Court, Case No. 25CV109652 ("Superior Court Action").

2. On July 3, 2025, Shimmick filed a Notice of Removal of the Superior Court Action to the U.S. District Court for the Northern District of California.

3. Based on the timing of service of the complaint and the date the Notice of Removal was filed, certain Defendants' responsive pleading to the complaint would be due July 10, 2025.

4. Qui Tam Plaintiffs have agreed to an extension until August 8, 2025 for Defendants to file responsive pleadings.

5. Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and N.D. Cal. Civ. L.R. 6-1(a), Qui Tam Plaintiffs and Defendants stipulate the Defendants' deadline to file and serve their responsive pleadings to the complaint is extended to August 8, 2025. As part of this stipulation, Qui Tam Plaintiffs stipulate they will not seek a default of any Defendant in the action on or before August 8, 2025.

/ / / / /

6. In the event Qui Tam Plaintiffs file a Motion to Remand on or before August 8, 2025, Qui Tam Plaintiffs and Defendants stipulate the deadline to file and serve Defendants' responsive pleadings to the complaint is extended until the 21st day after Qui Tam Plaintiffs' Motion to Remand is decided by the court.

7. The sole purpose of this stipulation is to extend Defendants' deadline to file and serve responsive pleadings, and Qui Tam Plaintiffs and Defendants stipulate that by entering this stipulation, they retain and reserve all rights not addressed herein.

DATE: July 7, 2025                    Respectfully submitted,

                                      FINCH, THORNTON & BAIRD, LLP


                                      By: /s/ P. Randolph Finch Jr.
                                           P. RANDOLPH FINCH JR.
                                           LOUIS J. BLUM
                                           CHAD T. WISHCHUK
                                      Attorneys for Defendants Shimmick
                                      Construction Company, Inc., Shimmick
                                      Corp., Vanessa Irving, Rosebelle Delong,
                                      and Rosa Gonzales

DATE: July 7, 2025                    KEKER, VAN NEST & PETERS LLP


                                      By: /s/ Katie Lynn Joyce
                                           DAVID SILBERT
                                           AJAY S. KRISHNAN
                                           BROOK DOOLEY
                                           KATIE LYNN JOYCE
                                      Attorneys for *Qui tam* Plaintiffs TRICO
                                      Pipes LMCC and Nick Goodwin

DATE: July 7, 2025                    COZEN O'CONNOR


                                      By: /s/ Marion T. Hack
                                           MARION T. HACK
                                           LUKE EATON
                                      Attorneys for Defendant AECOM

| | | |
|---|---|---|
| 1 | DATE:  July 7, 2025 | ROGERS JOSEPH O'DONNELL |
| 2 | | |
| 3 | | By: */s/ Aaron P. Silberman* |
| 4 | | AARON P. SILBERMAN<br>Attorneys for Defendants Veolia Water |
| 5 | | West Operating Services, Inc., and Veolia<br>North America, LLC |
| 6 | | |
| 7 | DATE:  July 7, 2025 | COOK BROWN LLP |
| 8 | | |
| 9 | | By: */s/ Barbara A. Cotter* |
| 10 | | BARBARA A. COTTER<br>Attorneys for Defendant Disney<br>Construction, Inc. |
| 11 | | |
| 12 | DATE:  July 7, 2025 | COX CASTLE & NICHOLSON LLP |
| 13 | | |
| 14 | | By: */s/ Dwayne P. McKenzie* |
| 15 | | DWAYNE P. MCKENZIE<br>JAMIE SPRAGUE |
| 16 | | Attorneys for Defendants W.M. Lyles Co.,<br>Webcor Obayashi Lyles Joint Venture, |
| 17 | | Obayashi Corporation, and<br>Webcor Construction, LP, dba Webcor |
| 18 | | Builders |
| 19 | DATE:  July 7, 2025 | WATT TIEDER<br>HOFFAR & FIRZGERALD LLP |
| 20 | | |
| 21 | | |
| 22 | | By: */s/ Robert C. Niesley* |
| 23 | | ROBERT C. NIESLEY<br>REBECCA S. GLOS<br>VIVIAN KATSANTONIS |
| 24 | | Attorneys for Defendants Liberty Mutual<br>Insurance Company; Berkshire Hathaway |
| 25 | | Specialty Insurance; Zurich American<br>Insurance Company; Fidelity & Deposit |
| 26 | | Company of Maryland; Federal Insurance<br>Company; and Hartford Fire Insurance |
| 27 | | Company |
| 28 | 2589.037/3T87928.nlh | |