1
2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3
4
5
6
7
8

ALAMEDA CORRIDOR EAST
CONSTRUCTION AUTHORITY, et al.,

Plaintiff(s),

v.

SHIMMICK CONSTRUCTION
COMPANY, INC., et al.,
Defendant(s).

Case No. 25-cv-05618-KAW

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

9
10
11
12
13
14
15

I, Nicole Sprinzen, an active member in good standing of the bar of
District of Columbia, hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: AECOM Technical Services, Inc. in the
above-entitled action. My local co-counsel in this case is Marion Hack, Esq., an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: 179216.

16
17
18
19
20

2001 M Street NW, Ste. 500, Washington, DC 20036

MY ADDRESS OF RECORD

202-912-4800

MY TELEPHONE # OF RECORD

NSprinzen@cozen.com

MY EMAIL ADDRESS OF RECORD

601 S. Figueroa Street, Ste. 3700, Los Angeles, CA 90017

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-892-7900

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

MHack@cozen.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21
22
23
24
25
26
27

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 468568.

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months
preceding this application.

28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: _7/11/2025_____                    Nicole Sprinzen_____

5                                                    APPLICANT

6

7

8                       ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of _Nicole Sprinzen_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

16

17    _____

18                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Nicole H Sprinzen

was duly qualified and admitted on July 10, 2000 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on July 10, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*