UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAMEDA CORRIDOR EAST
CONSTRUCTION AUTHORITY, et al.,

Plaintiff(s),

v.

SHIMMICK CONSTRUCTION
COMPANY, INC., et al.,
Defendant(s).

Case No. 25-cv-05618-KAW

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicole Sprinzen , an active member in good standing of the bar of

District of Columbia , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: AECOM Technical Services, Inc. in the

above-entitled action. My local co-counsel in this case is Marion Hack, Esq. , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 179216 .

| | |
|---|---|
| 2001 M Street NW, Ste. 500, Washington, DC 20036 | 601 S. Figueroa Street, Ste. 3700, Los Angeles, CA 90017 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-912-4800 | 213-892-7900 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| NSprinzen@cozen.com | MHack@cozen.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 468568 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months

preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 7/11/2025                                    Nicole Sprinzen
                                                          APPLICANT

5

6

7

8                         ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Nicole Sprinzen          is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:  July 11, 2025

16

17    _____

18    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28