COX, CASTLE & NICHOLSON LLP
Dwayne P. McKenzie (Bar No. 175162)
Jamie L. Sprague (Bar No. 287689)
2029 Century Park East, Suite 2100
Los Angeles, California 90067-3284
Telephone: (310) 284-2200
Facsimile: (310) 284-2100
Email: dmckenzie@coxcastle.com;
JSprague@coxcastle.com

Attorneys for Defendants
Webcor Construction, LP; Obayashi Corporation;
W.M. Lyles Co.; and Webcor Obayashi Lyles Joint Venture

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAMEDA CORRIDOR EAST CONSTRUCTION AUTHORITY, et al., <br><br> *Qui Tam* Plaintiffs, <br><br> v. <br><br> SHIMMICK CONSTRUCTION CO., et al., <br><br> Defendants. | Case No. 3:25-cv-05618-VC <br><br> Assigned for all purposes to: <br> Hon. District Judge Vince Chhabria, <br> Courtroom 4, 17th Floor <br><br> **CORPORATE DISCLOSURE AND CERTIFICATION OF INTERESTED PARTIES AND CONFLICTS BY DEFENDANT WEBCOR CONSTRUCTION, LP** |

1  TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Webcor Construction, LP, provides the following information pursuant to Federal Rule of Civil Procedure 7.1:

- Webcor Construction, LP is a fully owned subsidiary of Defendant Obayashi Corporation

Defendant Webcor Construction, LP also provides the following certification pursuant to Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  July 24, 2025

Respectfully submitted,

COX, CASTLE & NICHOLSON LLP

By: */s/ Jamie L. Sprague*
Dwayne P. McKenzie
Jamie L. Sprague
Attorneys for Defendants
Webcor Construction, LP;
Obayashi Corporation;
W.M. Lyles Co.; and
Webcor Obayashi Lyles Joint Venture

110641\18777275