ALEXANDER B. CVITAN (SBN 81746), and
E-mail: alc@rac-law.com
AARON G. LAWRENCE (SBN 258813)
E-mail: aaronl@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
330 N. Brand Blvd., Suite 250
Glendale, California 91203
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

*Attorneys for [Proposed] Defendant-Intervenors Southern California District Council of Laborers and The Laborers Training and Retraining Trust of Southern California*

KRISTINA L. HILLMAN (SBN 208599), and
E-mail: khillman@unioncounsel.net; courtnotices@unioncounsel
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone: (510) 337-1001; Facsimile (510) 337-1023

MAXIMILLIAN D. CASILLAS, Bar No. 311669
E-Mail: mcasillas@unioncounsel.net; courtnotices@unioncounsel
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
Telephone: (213) 380-2344; Facsimile (213) 443-5098

A*ttorneys for [Proposed] Defendant-Intervenors Northern California District Council of Laborers and the Laborers Training and Retraining Trust Fund of Northern California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA CORRIDOR EAST CONSTRUCTION AUTHORITY; CALLEGUAS MUNICIPAL WATER DISTRICT; CITY OF ANTIOCH; CITY OF FOSTER CITY; CITY OF FREMONT; CITY OF OCEANSIDE-WATER UTILITIES DEPARTMENT; CITY OF RICHMOND; CITY OF SAN DIEGO; CITY OF SAN DIEGO PUBLIC WORKS CONTRACTS; CITY OF SAN DIEGO PUBLIC WORKS DEPARTMENT; IRVINE RANCH WATER DISTRICT 3; KNIGHTS LANDING DRAINAGE DISTRICT; LOS ANGELES DEPARTMENT OF WATER AND POWER; ORANGE COUNTY SANITATION DISTRICT; ORANGE COUNTY WATER DISTRICT; PENINSULAR CORRIDOR JOINT POWERS BOARD; PORT OF LOS ANGELES-CONSTRUCTION DIVISION; SAN DIEGO | CASE NO.: 3:25-cv-05618<br><br>**DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS** |

| | |
|---|---|
| 1<br>2<br>3<br>4 | UNIFIED PORT DISTRICT; SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT; SAN FRANCISCO PUBLIC UTILITIES COMMISSION; SAN JOAQUIN AREA FLOOD CONTROL AGENCY; THE SONOMA-MARIN AREA RAIL TRANSIT; AND THE WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA, |
| 5<br>6 | *ex rel.* TRICO Pipes LMCC and Nick Goodwin, |
| 7 | *Qui tam* Plaintiffs, |
| 8 | v. |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | SHIMMICK CONSTRUCTION CO.; SHIMMICK CORP., AECOM; AMENTUM ENVIRONMENT & ENERGY, INC.; VEOLIA WATER WEST OPERATING SERVICES, INC.; VEOLIA NORTH AMERICA, LLC; DISNEY CONSTRUCTION, INC.; SHIMMICK/DISNEY JOINT VENTURE; WEBCOR CONSTRUCTION, LP, DBA WEBCOR BUILDERS; OBAYASHI CORPORATION; W.M. LYLES CO.; WEBCOR OBAYASHI LYLES JOINT VENTURE; BERKSHIRE HATHAWAY SPECIALTY INSURANCE CO.; LIBERTY MUTUAL INSURANCE CO.; FIDELITY AND DEPOSIT CO. OF MARYLAND; ZURICH AMERICAN INSURANCE CO.; HARTFORD FIRE INSURANCE CO.; FEDERAL INSURANCE CO.; VANESSA IRVING; ROSEBELLE DELONG; ROSA GONZALES; AND DOE DEFENDANTS 1-50, |
| 18 | Defendants. |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS
CASE NO.: 3:25-cv-05618

# DECLARATION OF OSCAR DE LA TORRE

I, Oscar De La Torre, declare as follows:

1. I am the Business Manager of the Northern California District Council of Laborers ("NCDCL"), a position I have held since 2009. I make this declaration in support of the concurrently filed Pipelayer Intervenors' Notice of Motion and Motion for Leave to Intervene as Defendants. Except where otherwise expressly indicated, all of the statements in this declaration are based on my personal knowledge or observation, and if called as a witness, I could and would competently testify thereto.

2. As Business Manager of the NCDCL, I oversee various duties for the NCDCL, including but not limited to its process of: negotiating collective bargaining agreements that establish the wages and benefits for members of the Laborers Union, (including for work performed in NCDCL's "Pipelayer" classification and related classifications); obtaining publication of the NCDCL's collectively bargained wage rates by the Director of the California Department of Industrial Relations ("DIR") as the applicable Prevailing Wage Determination ("PWD") for the classifications represented by NCDCL (including the "Pipelayer" and related classifications); and the maintaining the NCDCL's business records under my direction. I also serve as the Chairman of the Laborers Training & Retraining Trust Fund for Northern California ("NorCal Trust") that operates the Laborers Training Center ("Training Center") and as the Chairman of the Northern California Laborers Joint Apprenticeship Training Committee ("JATC") for each of the apprenticeship programs that the Training Center operates, which among other things provide training in the "Pipelayer" and related classifications. As Chairman of the NorCal Trust and JATC, I oversee various duties for the Training Center including, but not limited to: overseeing the budget, managing and supervising the Training Center's Construction Craft Laborer Apprenticeship Program ("Apprenticeship Program"); seeking and maintaining approval of the Apprenticeship Programs' apprenticeship standards and their curriculums by the California Division of Apprenticeship Standards ("DAS") and the United States Department of Labor ("DOL"); maintaining the records of the NorCal Trust's Apprenticeship Program under my direction; and implementing the business plan of the Trustees of the NorCal Trust and its JATCs.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3

DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS
CASE NO.: 3:25-cv-05618

3. [NCDCL COLLECTIVE BARGAINING AGREEMENTS] NCDCL currently represents approximately 27,000 members throughout Northern California. NCDCL is party to collective bargaining agreements with multiple multi-employer associations in the Northern California construction industry, including the Northern California Master Labor Agreement between NCDCL and various multi-employer associations ("NorCal MLA"). The NorCal MLA establishes the terms and conditions of employment for Laborer Journeypersons and Apprentices in the Northern California counties[1]. All of these collective bargaining agreements are maintained in the ordinary course of business among the NCDCL's and the Training Center's business records, of which I am among the custodians of record.

4. [TRAINING CENTER] The Training Center was first established in or about 1966, and it has operated continuously ever since. Since 1972 it has operated at its own facility located at 1001 Westside Drive, San Ramon, California, its main campus. The NorCal Trust is an express trust within the meaning of the Employee Retirement Income Security Act (ERISA) and is jointly administered by labor and management trustees pursuant to the Labor Management Relations Act (LMRA). The labor trustees are appointed by the NCDCL, and the management trustees are appointed by the multi-employer associations with whom NCDCL has collective bargaining agreements in the construction industry. The JATC is also a joint labor-management body with representatives from both labor and employers appointed by the same entities. The NorCal Trust operates the Training Center and (through the JATC) operates the Apprenticeship Program which has been (and remains) approved by the DAS pursuant to Labor Code § 3075. The Apprenticeship Program has also been (and remains) approved by the DOL. The Apprenticeship Program teaches the skills and work processes of the craft through an organized system of on-the-job training together with related and supplemental instruction. Currently, there

---

[1] Northern California is defined as that portion of the State of California above the Northerly boundary of Kern County, the Northerly boundary of San Luis Obispo County, and the Westerly boundaries of Inyo and Mono Counties, which includes the following counties: Alameda, Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Fresno, Glenn, Humboldt, Kings, Lake, Lassen, Madera, Marin, Mariposa, Mendocino, Merced, Modoc, Monterey, Napa, Nevada, Placer, Plumas, Sacramento, San Benito, San Francisco, San Joaquin, San Mateo, Santa Clara, Santa Cruz, Shasta, Sierra, Siskiyou, Solano, Sonoma, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo and Yuba.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1  are approximately 4,000 apprentices indentured into the apprenticeship program.

2  5. [THE DIR DIRECTOR'S PREVAILING WAGE DETERMINATION PROCESS] The Director of the California Department of Industrial Relations ("DIR") issues prevailing wage determinations ("PWDs"), designating the prevailing rate of pay required to be paid to workers in the different "classifications" falling within various "crafts" (including the Pipefitter classifications falling within the Laborer craft). As part of this process, the DIR also identifies the "Scopes of Work" for which the DIR has found these wage rates to be the "prevailing" rate. In my experience, other than the occasional redaction, the DIR's PWDs incorporate verbatim and track the provisions of NCDCL's MLAs, including the scopes of work, the classifications, and the wage rates negotiated for each classification. The DIR's PWDs for both Journeypersons and Apprentices, and its related Scopes of Work, are maintained and posted by the DIR on its website: https://www.dir.ca.gov/oprl/dprewagedetermination.htm. Before 2021, the "scopes of work" applicable to each PWD were literally scans of the coverage provisions from the collective bargaining agreements that NCDCL submitted to the DIR Director (with occasional redactions). For example, attached hereto as Exhibit A is a true and correct copy of the DIR Director's 2020 PWD for the Laborer craft in Northern California, consisting of pages copied directly from NCDCL's then-applicable MLA (also available at https://www.dir.ca.gov/OPRL/2020-2/PWD/Scope/Northern/NC-023-102-1-Sco.pdf). Beginning in 2021, although the DIR continued taking the substance of the PWD scopes of work verbatim from the applicable collective bargaining agreements, the DIR began reformatting and pasting this contractual language into the DIR's standardized template. For example, attached hereto as Exhibit B is a true and correct copy of the DIR Director's current PWD for the Laborer craft in Northern California, which continues to consist of language copied directly from NCDCL's current MLA, now reformatted into the DIR's current template (also available at https://www.dir.ca.gov/oprl/2025-1/PWD/Scope/Northern/NC-023-102-1-Sco.pdf). Attached hereto as Exhibit C is a true and correct copy of the DIR Director's current PWD wage rates for this craft divided by classification (also available at https://www.dir.ca.gov/oprl/2025-1/PWD/Determinations/Northern/NC-023-102-1.pdf).

5
**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS
CASE NO.: 3:25-cv-05618

6. [NCDCL'S COVERAGE OF PIPELAYING AND RELATED WORK] Among the "Classifications" of work covered by NCDCL's MLAs are those covering the pipe work at issue in this litigation, including "Pipelayer," "Pipelayer's Backup Man," "Gas, Oil and/or Water Pipeline Wrapper," "Gas, Oil and/or Water Pipeline Laborer," and "Welding, certified or otherwise in connection with Laborers' work." Many of the contractor Defendants in this lawsuit are signatory to agreements with NCDCL (whether by signing directly with the NCDCL, by delegating bargaining authority to an association that is signatory, by participation in a signatory joint venture, or by signing on to a Project Labor Agreement that incorporates the NCDCL's MLAs for the work in question), and are bound by NCDCL's MLAs, including Defendants Shimmick Construction Co., Shimmick Corp., Disney Construction, Inc., Shimmick/Disney Joint Venture, Webcor Construction d/b/a Webcor Builders, and W.M. Lyles Co.. These contractors, and others, are therefore contractually bound to employ workers represented by NCDCL for the performance of this pipe work, and they regularly do so.

7. [THE TRAINING CENTER'S EXTENSIVE TRAINING IN PIPELAYING AND RELATED WORK] The NorCal Trust, through its Apprenticeship Program, provides extensive instruction in the performance of work falling within the Pipelayer classifications. Attached as Exhibit D is a complete list of the Training Center's current curriculum, which is also available at https://www.norcaltc.org/pdfviewer/course-catalog-2023/?auto_viewer=true#page=&zoom=auto&pagemode=none. This training includes numerous courses addressing the pipe work at issue in this litigation, including Pipe Coating; Pipe Laying; Mechanical Pipe One; and Welding Certification. Additionally, many of the courses explicitly cover pipe-work-related activities. For example, Fundamentals of Construction includes "Pipe-laying" as one of the main topics covered by the course; additionally, Gas Utility Worker O.Q. Basic Course includes "Introduction to Gas Pipelines, Natural Gas Pipeline Standards, Natural Gas Pipeline Safe Excavation Standards, [and] Natural Gas Pipeline Installation Standards" as topics covered by the course. The Training Center employs approximately 17 full-time instructors, many of whom teach pipe-related courses drawing on their extensive field experience and knowledge gained from performing this type of work prior to being recruited and hired by the

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

Training Center.

8. [THE DIR'S RECOGNITION OF THE "PIPELAYER" AND RELATED CLASSIFICATIONS] The Director of the DIR has recognized NCDCL's coverage of this pipe work through that agency's PWDs and associated Scopes of Work:

  a. The DIR's PWD wage determination NC-23-102-1-2024-2 for the Craft of "Laborer and Related Classifications" recognizes that PWD's Group 1 wage rate (with a basic hourly rate of $37.75 and a total hourly rate including fringe benefit contributions of $67.66) as the prevailing rate for the Classification of "PIPELAYERS (INCLUDING GRADE CHECKING IN CONNECTION WITH PIPELAYING)" (Ex. C, p. 1-5;

  b. The DIR's PWD wage determination NC-23-102-1-2024-2 for the Craft of "Laborer and Related Classifications" also recognizes that PWD's Group 1, 2, and "Construction Specialist" wage rates as the prevailing rate for a variety of related Classifications involved in process pipe work, including the Classifications of: "MECHANICAL PIPE LAYER-ALL TYPES;" "PRESSURE PIPELAYERS;" "JACKING OF PIPE OVER 12 INCHES;" "TRENCHLESS TECHNOLOGY LABORER- PIPE INSTALLATION, BURSTING, RELINING, OR SIMILAR;" and "BURNING AND WELDING IN CONNECTION WITH LABORER'S WORK." (Ex. C, p. 1-5); and

  c. The DIR has determined that the "Scope of Work" covered by this PWD includes the following:
     - Coverage includes "All Laborers' work in connection with the construction of caissons, cofferdams, subways…aqueducts, water lines, culverts, flood controls, airports, drains and sewers, and any type of conduit … no-joint pipe, including the cribbing, lagging, bracing, sheeting, checking grade for pipelaying, including laser work for pipelaying..." (Ex. B, p. 2);
     - "[A]ll Laborers' work in connection with…sewers, earth retention, retaining walls or wherever used, mechanically stabilized earthen (MSE) walls, reinforced soil slopes (RSS), geosynthetic reinforced soil (GRS) walls, access ramps, bridge abutments, and wing walls construction and installation, including straps, facing, reinforcing mesh and

7

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS
CASE NO.: 3:25-cv-05618

      strips, fabrics, [REDACTED] gabions, welded wire mesh, drainage, drainpipe, and backfill and topsoil." (Ex. B, p. 2);

- "All Laborers' work in connection with Trenchless Technology, including pipe installation, bursting, camera/cctv, relining, [REDACTED], or similar trenchless laborer work." (Ex. B, p. 2-3);

As noted, these classifications—and this Scope of Work coverage—are taken directly from NCDCL's MLAs. These classifications have consistently been recognized by the DIR going all the way back to 1977 when the DIR began publishing prevailing wages.

9. [THE LONGSTANDING JURISDICTIONAL FIGHT REGARDING PROCESS PIPING WORK, DESPITE THE DIR'S CONSISTENT REJECTION OF THE UNITED ASSOCIATION'S POSITION] In Northern California, piping work has been the subject of a longstanding jurisdictional dispute between NCDCL and another union known as the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada ("United Association"), going back many decades. Although the United Association's attacks on performance of this work by Pipelayers represented by NCDCL has taken many forms over the years, one of the United Association's consistent (and consistently unsuccessful) arguments has been that certain piping work cannot be performed under the Pipelayer classification in NCDCL's PWDs. However, the DIR—the agency that issues these PWDs—has consistently rejected this argument and maintained the position that this work falls within an area of "jurisdictional overlap" in that it falls under multiple Classifications, and it may be paid at any of multiple PWD wage rates at the employer's preference. This is evidenced by the fact that the Scope of Work provisions for the Laborer and Related Classifications published by the DIR continue to contain multiple references to pipelaying and pipe-related work.

10. [CIVIL LITIGATION AS THE UNITED ASSOCIATION'S CURRENT FRONT FOR ASSERTING ITS JURISDICTIONAL ARGUMENTS] Notwithstanding the DIR's consistent rejection of the United Association's arguments that process piping work may not be performed under the "Pipelayer" PWD classification in recent years the United Association has also asserted versions of this argument via civil lawsuits, which—like the instant case—seek to

8

DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS
CASE NO.: 3:25-cv-05618

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

intimidate contractors in the industry into assigning this work to the United Association by demanding astronomical damages based upon false arguments that the DIR rejects. Previous lawsuits asserting similar theories have been asserted over the last decade by United Association-affiliated parties against many other employers signatory with NCDCL and the Southern California District Council of Laborers ("SCDCL"), including C. Overaa & Co., Balfour Beatty Infrastructure, Inc., Dan Caputo Co., and C.W. Rowen Constr. Co. In these lawsuits NCDCL has been hampered in its ability to weigh in on the United Associations' jurisdictional attacks because it has not been party to the litigation. In some instances, this has resulted in the lawsuits being resolved privately between these employers and United Association-affiliated plaintiffs in a manner that resulted in the employers' changing their hiring practices and reducing their employment of NCDCL members.

11. [NCDCL'S INTEREST IN THIS LITIGATION] NCDCL is deeply interested in the outcome of this lawsuit for a number of reasons. First, the majority of the Plaintiffs' claims in the lawsuit are based on the faulty premise that the Pipelayer PWD rates in Northern California—derived from NCDCL's collective bargaining agreements—do not cover the pipe work targeted by the litigation. As I have explained above, this is incorrect, and NCDCL seeks intervention in part to defend the broad application of these PWDs that has been repeatedly reaffirmed by the DIR itself, and of the underlying collective bargaining provisions. Second, this lawsuit reflects an explicit attack on job opportunities for NCDCL's members—both by seeking punitive damages against employers for employing NCDCL members at the applicable wage rates and by seeking injunctive relief barring their employment in the future. NCDCL seeks to intervene in order to defend these job opportunities for its members. Third, the lawsuit also threatens the integrity of NCDCL's collective bargaining relationships with employers. Many of the contractor Defendants in this litigation are signatory to labor agreements with NCDCL and bound the NCDCL's MLAs—whether directly, via association membership, through their assent to a pertinent Project Labor Agreement that incorporates the MLAs, or through their Joint Ventures. For instance, Defendants Shimmick Construction Co.; Disney Construction, Inc.; Shimmick/Disney Joint Venture; Webcor Construction, LP d/b/a Webcor Builders; W.M. Lyles Co.; and Obayashi

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

9
DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS
CASE NO.: 3:25-cv-05618

1 Corporation are all bound to NCDCL collective bargaining agreements in connection with the
2 targeted work and the lawsuit—and the relief it seeks—directly implicates these employers'
3 compliance with collective bargaining obligations to NCDCL.

4     12. [THE NORCAL TRUST'S INTEREST IN THIS LITIGATION] The NorCal
5 Trust shares NCDCL's deep interest in this litigation. Partly, this shared interest relates to the
6 lawsuit's threat to job opportunities and jurisdictional coverage for NCDCL members, some of
7 whom are apprentices. The NorCal Trust's interests also extend, in particular, to Plaintiffs'
8 purported attempt to vindicate alleged apprenticeship ratio violations in connection with
9 apprentices participating in the NorCal Trust's Apprenticeship Program. The NorCal Trust has its
10 own interest in ensuring that its participating apprentices are employed in the correct numbers—
11 an interest that is more direct and genuine than that of Plaintiffs who are also arguing that
12 NCDCL members should not be employed on disputed pipe work at all. The NorCal Trust is also
13 interested in this issue because of their specialized role and first-hand knowledge concerning the
14 veracity of the alleged ratio violations for at least three additional reasons.

15     a. First, the NorCal Trust is responsible for establishing apprenticeship standards that—
16        under Labor Code §1777.5(g) may set a different ratio than the default set in the Labor
17        Code and relied upon by Plaintiffs, and they are therefore best situated to speak to the
18        ratio that actually applies.
19     b. Second, the NorCal Trust is the entity that has adopted apprenticeship standards governing
20        the applicable ratio for apprentices in the Laborer craft in Northern California, and that
21        has extended to certain contractors exemptions from the minimum ratio requirements
22        under California Labor Code § 1777.5(g) and (k), and so it is uniquely situated to be able
23        to address the veracity of the ratio violation allegations as to its own apprentices.
24     c. Third, the NorCal Trust operates the Apprenticeship Program that is responsible for
25        processing contractor requests for the dispatch of apprentices and filling those dispatch
26        requests under 8 C.C.R. § 230.1(a) for those projects in Northern California targeted by
27        the lawsuit, and so it is uniquely situated to be able to address whether or not any failure
28        by the contractor Defendants in to meet apprentice ratio requirements in Northern

10
**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS
CASE NO.: 3:25-cv-05618

California were justified by the NorCal Trust's Apprenticeship Program's inability to fulfil a dispatch request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August  6  , 2025, at Pleasanton_____, California.

By: _____
OSCAR DE LA TORRE

11
DECLARATION OF OSCAR DE LA TORRE IN SUPPORT OF PIPELAYER INTERVENORS' MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS
CASE NO.: 4:25-cv-05618

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001